Outlook

### Re: Football inquiry

**From** Brian Zimmerman <bzimme@hononegah.org>
**Date** Wed 9/18/2024 2:20 PM
**To** ▮
**Cc** awalters@hononegah.org <awalters@hononegah.org>

▮
I am very saddened that this is the way that you have decided to handle this situation. Some of your statements are completely untrue. Your point #5 is not true. I have not viewed any photos and it did not apply to this situation. Point 8,
any rollouts that have been missed have been due to college visits, that have been confirmed by college coaches.
I realize that you are a very ▮ so I am not going to try to defend any decisions that have been made in regard to our ▮ position.
I am sorry that you feel the need to approach the situation in this manner.
I will speak to Mr. Walters and get back to you.

Brian Zimmerman
Hononegah Football

On Wed, Sep 18, 2024 at 2:07 PM ▮ wrote:
> Good afternoon Mr. Walters,
>
> Please see the attached correspondence. Your prompt response is greatly appreciated.
>
> Sincerely,
>
> ▮

**EXHIBIT 2**

**CONFIDENTIALITY NOTICE**

This electronic mail transmission, including any attachments, contains information that is confidential, privileged and may constitute non-public information. This message is intended to be conveyed only to the designated recipient(s). If you are not the intended recipient of this message, do not read it. Please immediately notify the sender that you have received this message in error and delete this message.The unauthorized use, disclosure, dissemination, distribution or reproduction of this message

or the information contained in this message or the taking of any action in reliance on it is strictly prohibited and may be unlawful.