**Outlook**

---

**Letter Request**

---

**From** ████████████████████

**Date** Sun 9/22/2024 11:37 AM

**To** ████████████████████████

████

I am reaching out to you directly in hopes that we can move forward and out of this unfortunate situation as quickly as possible. I received confirmation that you had sent a letter regarding my son that has put our kids, our football team, and our families as a subject of a lot of conversations that are taking place in our community and beyond. I have formally requested a copy of the letter you sent but you know that this may take more time than I'd like to wait. Your letter is not confidential as it's a part of my son's school records.  Please send me a copy of the letter that you sent to the IHSA and Hononegah High School that has prompted this situation. I believe this is the first step to being able to put this to rest and prevent any further negative consequences for our kids.

████████████████

**EXHIBIT**

**3**



**iMessage**
Sun, Sep 22 at 4:16 PM

This is ▮▮▮▮▮▮▮▮▮▮▮▮▮ I emailed your work email since that is all that was available. I just wanted to make sure you received it?

The sender is not in your contact list.

**Report Junk**

iMessage