

HCHS District #207 • 307 Salem Street • Rockton, IL 61072 • (815) 624-5010
Superintendent Michael Dugan • mdugan@hononegah.org

September 23, 2024

███████
███████

Re: September 18, 2024 FOIA Request           **VIA EMAIL**

Dear ███████

This letter is in response to the Freedom of Information Act (hereinafter "FOIA" or "the Act") request you submitted to the District. Your request, dated September 18, 2024, was received by the District on that date.

Any records in the possession or control of the School District that may be responsive to your request constitute student records within the meaning of the Illinois School Student Records Act, 105 ILCS 10/1 *et. seq.* Therefore, your request for records is denied pursuant to section 7.5(r) of the Freedom of Information Act, 5 ILCS 140/7.5(r), which makes exempt "information prohibited from being disclosed by the Illinois School Student Records Act." Even if student names were redacted, any records responsive to your request contain information that, alone or in combination, is linked to a specific student that will likely allow a reasonable person in the school community, who does not have personal knowledge of the relevant circumstances, to identify the student with reasonable certainty, in violation of State and Federal law. *See*, FERPA regulations at 34 C.F.R. §99.3.

You are hereby notified, pursuant to Section 9 of the Act, 5 ILCS 140/9, of your right to review by the Public Access Counselor:

> Ms. Leah Bartelt
> Public Access Counselor
> Office of the Attorney General
> 500 S. 2nd Street
> Springfield, IL 62706
> Telephone: 312-814-5526 or 1-877-299-FOIA (1-877-299-3642)
> Facsimile: 217-782-1396
> E-mail: publicaccess@atg.state.il.us

You are further notified that you have the right to judicial review as provided in Section 11 of the Act, 5 ILCS 140/11.

Sincerely,

*Dr. Kendra Asbury*

Dr. Kendra Asbury
Director of Human Resources
FOIA Officer

**EXHIBIT 4**



SCHOLARSHIP. CITIZENSHIP. LEADERSHIP.                    HONONEGAH.ORG