

September 25, 2024

*Sent via email correspondence to all recipients*

Mr. Dougherty, Coach Zimmerman, Mr. Walters, Mr. Dugan, and Attorney Kurlinkus:

I have not received a response from the school to my letter sent on September 18, 2024 regarding issues surrounding the eligibility of a player on the football team. As we are all aware, the IHSA is now involved and the school has had to forfeit a game because of missteps in relation to this player.

This email comes to all of you as notice of safety and other concerns for my son, ▓▓▓ ▓▓▓ based upon the school's actions and lack of communication surrounding this issue. The following issues have developed since my letter was sent to the school last week:

1. After the determination of ▓▓▓ ineligibility for last week's game, the coaches took action to retaliate against ▓▓▓ and place ▓▓▓ in the ▓▓▓ for the ▓▓▓ game, except for the last 6 minutes. For all of last season and the first three games of this season, ▓▓▓ was first in play as ▓▓▓ ▓▓▓ role on the team immediately changed after my letter was sent last week.

2. I am informed that the football coaches showed a copy of my letter to ▓▓▓ Since that time, ▓▓▓ has contacted nearly everyone on the football team to blame my son for his ineligibility. ▓▓▓ his mother, sent an email and somehow obtained my personal cell number to contact me, as well.

3. ▓▓▓ received less rep time during football practice last night. He sat on the sidelines for more than an hour.

4. Following practice and after the announcement of the forfeiture of the game, ▓▓▓ was removed from the Hononegah Football team group chat (see attached Exhibit 1), and the following comments were made by teammates:

    a) We will plant drugs in ▓▓▓ backpack, rape ▓▓▓ mom and his girlfriend, and ▓▓▓ and his mom should be slapped;

    b) I hope someone knocks ▓▓▓ helmet off;

**EXHIBIT 5**

One Court Place, Suite 101 • Rockford, IL 61101 • tel 815.962.4019 • fax 815.962.0675 • www.vecchiolaw.com

    c) Teammates contacted ▆▆▆ and told him that they are concerned for ▆▆▆ safety on the team based upon comments they heard during practice from others. The teammates are calling it the ▆▆▆ movement to set him up to get hurt at practice.

    d) One teammate continued to throw mud at ▆▆▆ on the sidelines at practice.

I have the name of every teammate who made these comments. I chose not to share the information just yet out of fear of even more retaliation against my son, or further disclosure of the information by the school to members of the team.

5. ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

6. Last night, numerous Facebook comments circulated in response to the articles regarding ineligibility with a clear indication of my involvement. See attached "Exhibit 2."

For these reasons, ▆▆▆ will not attend football practice this afternoon out of an abundance of concern for his safety and failure on the part of the school and coaches to address it. I want assurances from each of you that my son will be protected while at the school during his daily attendance and all sports-related practices. I will hold everyone responsible for necessary communication with students regarding violations for bullying, threats, and other actions the students may take against my son for release of this information by the school. We are all familiar with Title IX protections; and I assure you that if this behavior, lack of communication, discriminatory actions, and inaction by the school continues, I will not hesitate to take all necessary means to rectify this situation which was solely caused by the poor decisions of the school and coaches. Any discussions regarding this matter by Hononegah staff, coaches, administration, or Board members with my son shall be in my presence.

    I await your immediate response.



▆▆ enclosures  
Cc:    IHSA Executive Direction, Craig Anderson

## Removed from Hono football 2024

You were removed from this group.

Another member of the group needs to re-add you for you to be able to send chats or call the group.

**Okay**



████████ mom reported it. Apparently she is a ███████ and son wasn't starting...pretty pathetic but gotta dot the i's and cross the t's

10 hrs     Like     Reply   👍 1

**View previous 3 replies**

● ████████████████████ shouldn't be ...

● ████████████████████ agreed 100%

● ████████████████████ yes sir

████████████

One of our own football moms reported it.

8 hrs     Like     Reply

████████████

I have so many words but none of them are appropriate.

7 hrs     Like     Reply

