

**All Team**
HHS · Varsity Football

**Sep 18**

[REDACTED] WAS ADDED TO THE CONVERSATION
09/18/2024

[REDACTED] WAS ADDED TO THE CONVERSATION
09/18/2024

**Sep 19**

REMINDER- Please keep your cell phones in the locker room during lifting! Focus on a good workout because you are wearing appropriate footwear and not being distracted! GO INDIANS!!!!

Brian Zimmerman Thursday

**Sep 25**

[REDACTED] (athletic trainer) wanted me to remind anyone who has an injury and early release, that she will be in the training room today at 1:30 to do any rehab. Please take advantage if you have early release. Thank you!

Brian Zimmerman 7:41 AM

Also, if anyone is asking today, please remember that you have no comment about the situation. It is done. Flush it and use it for the next 5 Friday nights! Go Indians!

Brian Zimmerman 7:43 AM

EXHIBIT 6