Outlook

**Re:** ▓▓▓▓▓▓▓▓ tudent

**From** Chad Dougherty <cdough@hononegah.org>
**Date** Thu 9/26/2024 11:20 AM
**To** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
**Cc** awalters@hononegah.org <awalters@hononegah.org>; Kendra Asbury <kasbur@hononegah.org>; Mike Dugan - Superintendent <mdugan@hononegah.org>

▓▓▓▓▓▓▓▓

The school has initiated a bullying investigation following your notice that you will not be meeting with the administration and that you will not permit ▓▓▓▓ to meet with administration; we were holding on initiation in the hopes that we could meet with you to understand the specific allegations and against whom those were made. Again, I would reiterate our preference to speak with ▓▓▓▓ about the individuals at the basis of the conduct at issue. Our ability to solicit specific information from others is limited by the lack of identification of the aggressors and lack of specificity about the allegations and it may cause our investigation to take additional time or may limit our ability to ultimately find that information, as we will be casting a wider net than is actually necessary. Practically, this may result in us talking to more individuals than necessary, which may result in the issue continuing to be discussed more than necessary by students. That is not our goal, but we must continue taking action to get to the bottom of this matter. If you and ▓▓▓▓ change your minds about providing us with the information we need to conduct a more direct and narrow investigation, we will be happy to hear from you.

In addition to the investigation, there will be a meeting between administration and the football coaches to ensure that District expectations are clearly communicated with the football coaches and that the football coaches enforce those expectations. There will also be a team meeting held by administration to reset the expectations for student-athletes. As you likely already know, the school counselor is available to students on an as needed basis. That is a service ▓▓▓▓ s free to make use of if he finds he needs support. Additionally, if he feels that there is conduct which needs to be reported, he may reach out to Mr. Walters, his school counselor, DA Office administration, or me. If there are any specific resources or supports that ▓▓▓▓ needs, we are happy to engage in a discussion with you or ▓▓▓▓ about those.

Sincerely,

Chad Dougherty
Principal
Hononegah Community High School
cdough@hononegah.org
Phone-(815)-624-5008
*Scholarship. Citizenship. Leadership.*
**HONONEGAH** - Where you belong.

**EXHIBIT 7**

On Thu, Sep 26, 2024 at 9:53 AM ███████████████████████████████ wrote:

Good morning,

After a discussion with ████████ last night, we have determined that we have provided all relevant information to the school for your investigation into the issues of retaliation, bullying, threats, intimidation, and retaliation against ████████ by the football coaches and fellow teammates.

As I stated in my letter yesterday, there is a "Hono football 2024" group snapchat from which ████████ was removed. It is my understanding that this group chat consists of current members of the team, and other students who have been involved in the football program, but are no longer on the team. Although I am not all that familiar with the Snapchat technology, ████████ informs me that the chats disappear within a short period of time. Due to the continued hostility against ████████ by the coaches and team and repercussions he has suffered, ████████ is unwilling to provide the school with the names of the team members who made these statements in the group chat. The school can certainly conduct its own investigation into the matter by questioning the football team, or prior football team members.

Following my letter sent yesterday, I have attached Coach Zimmerman's response to the football team on Hudl. Clearly, he doesn't take the comments and threats against ████████ very seriously, and it's obvious that the team will not suffer any consequences by him for their conduct and actions. I have also attached a text message sent yesterday from a teammate to ████████ which explains the current atmosphere on the football team regarding ████████ The teammate's messages are on the left side, and ████████ are on the right. The school has not taken the appropriate action with the coaches or team regarding this matter.

I have instructed ████████ to walk the hallways and parking lot with people, to not discuss this matter with anyone, and to continue to conduct himself as the gentlemen he is. It is very said that my husband and I have had to talk to him about defending himself, if attacked by someone at school.

Given what has happened thus far, I am not confident that the school or anyone else will protect him, which is why we find a meeting with the school to be yet another exercise in futility. I know you are required to do it, but I also know the danger to my son is greater than any benefit I see coming from a meeting.

If you have any specific questions, I am happy to answer them. I believe we have provided you with sufficient information to conduct your investigation.

Sincerely,

████████████████
████████████████
████████████████████
████████████
████████████████████

From: Chad Dougherty <cdough@hononegah.org>
Sent: Wednesday, September 25, 2024 3:42 PM
To: ████████████████████████████

Cc: awalters@hononegah.org <awalters@hononegah.org>; Kendra Asbury <kasbur@hononegah.org>
Subject: Re: ▮▮▮▮▮ student

▮▮▮▮▮

Thank you for letting us know. We have a conference room reserved from 12:00 to 2:00 PM tomorrow, pending your confirmation.

Have a good afternoon.

Chad Dougherty
Principal
Hononegah Community High School
cdough@hononegah.org
Phone-(815)-624-5008
*Scholarship. Citizenship. Leadership.*
**HONONEGAH** - Where you belong.


On Wed, Sep 25, 2024 at 3:20 PM ▮▮▮▮▮ wrote:
> Mr. Dougherty and Ms. Asbury,
>
> ▮▮▮▮▮ girlfriend and her family have opted to not disclose her name for the investigation. She is not a student at Hononegah.
>
> Sincerely,
>
> ▮▮▮▮▮
>
> ---
>
> **From:** Chad Dougherty <cdough@hononegah.org>
> **Sent:** Wednesday, September 25, 2024 2:59 PM
> **To:** ▮▮▮▮▮
> **Cc:** awalters@hononegah.org <awalters@hononegah.org>; Kendra Asbury <kasbur@hononegah.org>
> **Subject:** Re: ▮▮▮▮▮ student
>
> ▮▮▮▮▮
>
> We will block out 12:00 - 2:00 PM tomorrow and wait for your confirmation and response regarding ▮▮▮▮▮ girlfriend.
>
> Best regards,
>
> Chad Dougherty

Principal
Hononegah Community High School
cdough@hononegah.org
Phone-(815)-624-5008
*Scholarship. Citizenship. Leadership.*
**HONONEGAH** - Where you belong.


On Wed, Sep 25, 2024 at 2:09 PM ████████████████████████████████ wrote:
> Hello,
>
> I have reached out to ██████ girlfriend's parents about this matter. They are going to discuss it and respond back to me with their answer.
>
> Unfortunately, we cannot meet today and my only availability is between noon and 2pm tomorrow. I will speak with my ████████████ about the timing of the meeting tomorrow and let you know ASAP.
>
> Sincerely,
>
> ████████

---

**From:** Chad Dougherty <cdough@hononegah.org>
**Sent:** Wednesday, September 25, 2024 1:14 PM
**To:** ████████████████████████████████
**Cc:** awalters@hononegah.org <awalters@hononegah.org>; Kendra Asbury <kasbur@hononegah.org>
**Subject:** ████████████ student

████████

Due to the significant concern regarding the alleged threat of rape, can you please provide the name of ██████ girlfriend so that we may follow up with her immediately? Title IX Coordinator Dr. Asbury is included in this email.

Regarding a meeting with ██████ to start the other aspect of the investigation, we have availability after school today (9/25) from 3:30 - 4:30 or tomorrow (9/26) from 9:00 - 11:00 AM or 12:00 - 2:00 PM.

Please let me know if any of these dates and times work for you and your husband.

Best regards,

Chad Dougherty

Principal
Hononegah Community High School
cdough@hononegah.org
Phone-(815)-624-5008
*Scholarship. Citizenship. Leadership.*
**HONONEGAH** - Where you belong.

On Wed, Sep 25, 2024 at 12:04 PM ███████████████████████████████ wrote:
> Mr. Dougherty,
>
> ███████████ prefer to be present in person with ███████ for your investigation. Please let me know of available dates and times.
>
> Sincerely,
>
> ███████████
> ███████████
> ███████████
> ███████████
> ███████████
> ███████████

**From:** Chad Dougherty <cdough@hononegah.org>
**Sent:** Wednesday, September 25, 2024 10:31 AM
**To:** ███████████████████████████████
**Cc:** awalters@hononegah.org <awalters@hononegah.org>; Brian Zimmerman <bzimme@hononegah.org>; mdugan@hononegah.org <mdugan@hononegah.org>; david@kurlinkuslaw.com <david@kurlinkuslaw.com>
**Subject:** Re ███████████ student

███████████

I left a message ███████████ requesting that you contact us as soon as possible so that we may begin the investigation by meeting with ███████ Per your request, we will wait until you can be present or on the phone to begin the process. Please return my call at (815)624-5005.

Also, I should have attached policy 7:180 to my previous email. See attached.

We will await your call.

Best regards,

Chad Dougherty
Principal
Hononegah Community High School
cdough@hononegah.org

Phone-(815)-624-5008
*Scholarship. Citizenship. Leadership.*
**HONONEGAH** - Where you belong.

On Wed, Sep 25, 2024 at 9:59 AM Chad Dougherty <cdough@hononegah.org> wrote:

> We are in receipt of your September 25, 2024 letter.
>
> First, I would like to identify that a response to your September 18, 2024 FOIA response was sent to the email address ▮▮▮▮▮▮▮▮▮▮ on September 23, 2024. I've reattached the same letter sent to you on September 23, 2024 to this email.
>
> Second, we interpret your September 25, 2024 letter as a bullying report of your child. We take those allegations very seriously and we will immediately begin initiating the bullying investigation pursuant to policy 7:180. I've attached a copy of the policy here. We will be in contact by phone with you to speak with you and your child about the allegations, to gain understanding of the alleged bullies, and to discuss how we can support your child at school.
>
> Third, we interpret your September 25, 2024 letter as an incident report under Title IX of your child's girlfriend. In our phone call referenced above, we intend to ask for the identity of your child's girlfriend, so that we may initiate our Title IX procedures and supportive measures for her.
>
> Thank you for sharing your concerns. Please expect a phone call from District administration imminently to discuss these items mentioned in the above paragraphs.
>
> Sincerely,
>
> Chad Dougherty
> Principal
> Hononegah Community High School
> cdough@hononegah.org
> Phone-(815)-624-5008
> *Scholarship. Citizenship. Leadership.*
> **HONONEGAH** - Where you belong.
>
> On Wed, Sep 25, 2024 at 7:43 AM ▮▮▮▮▮▮▮▮▮▮ wrote:
>> All,
>>
>> Please see attached correspondence. Your prompt response is appreciated.
>>
>> Sincerely,



CONFIDENTIALITY NOTICE

This electronic mail transmission, including any attachments, contains information that is confidential, privileged and may constitute non-public information. This message is intended to be conveyed only to the designated recipient(s). If you are not the intended recipient of this message, do not read it.
Please immediately notify the sender that you have received this message in error and delete this message.The unauthorized use, disclosure, dissemination, distribution or reproduction of this message or the information contained in this message or the taking of any action in reliance on it is strictly prohibited and may be unlawful.

CONFIDENTIALITY NOTICE

This electronic mail transmission, including any attachments, contains information that is confidential, privileged and may constitute non-public information. This message is intended to be conveyed only to the designated recipient(s). If you are not the intended recipient of this message, do not read it.
Please immediately notify the sender that you have received this message in error and delete this message.The unauthorized use, disclosure, dissemination, distribution or reproduction of this message or the information contained in this message or the taking of any action in reliance on it is strictly prohibited and may be unlawful.

CONFIDENTIALITY NOTICE

This electronic mail transmission, including any attachments, contains information that is confidential, privileged and may constitute non-public information. This message is intended to be conveyed only to the designated recipient(s). If you are not the intended recipient of this message, do not read it.
Please immediately notify the sender that you have received this message in error and delete this message.The unauthorized use, disclosure, dissemination, distribution or reproduction of this message or the information contained in this message or the taking of any action in reliance on it is strictly prohibited and may be unlawful.

CONFIDENTIALITY NOTICE

This electronic mail transmission, including any attachments, contains information that is confidential, privileged and may constitute non-public information. This message is intended to be conveyed only to the designated recipient(s). If you are not the intended recipient of this message, do not read it.
Please immediately notify the sender that you have received this message in error and delete this message.The unauthorized use, disclosure, dissemination, distribution or reproduction of this

message or the information contained in this message or the taking of any action in reliance on it is strictly prohibited and may be unlawful.

CONFIDENTIALITY NOTICE

This electronic mail transmission, including any attachments, contains information that is confidential, privileged and may constitute non-public information. This message is intended to be conveyed only to the designated recipient(s). If you are not the intended recipient of this message, do not read it. Please immediately notify the sender that you have received this message in error and delete this message.The unauthorized use, disclosure, dissemination, distribution or reproduction of this message or the information contained in this message or the taking of any action in reliance on it is strictly prohibited and may be unlawful.



**HONONEGAH COMMUNITY HIGH SCHOOL**

HCHS District #207 • 307 Salem Street • Rockton, IL 61072 • (815) 624-5010
Superintendent Michael Dugan • mdugan@hononegah.org

September 26, 2024

▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮

Re: September 26, 2024 FOIA Follow Up Response           **VIA EMAIL**

▮▮▮▮▮

All of the requests in your September 18, 2024 letter were treated as requests under FOIA. All of your requests were denied under FOIA, as communicated to you. All of your requests sought student records or information contained within student records which the District may not disclose, as identified in the response you received on September 23, 2024 and which was resent to you on September 25, 2024. The District, due to student record constraints, cannot and will not comment on any statements you made in your September 18, 2024 letter.

Sincerely,

*Dr. Kendra Asbury*

Dr. Kendra Asbury
Director of Human Resources
FOIA Officer



SCHOLARSHIP. CITIZENSHIP. LEADERSHIP.          HCHS District #207 • 307 Salem Street • **HONONEGAH.ORG**