September 26, 2024

*Sent via email correspondence to all recipients*

To the Administration, Coaches, and Superintendent of Hononegah, and School Board President:

    On September 18, 2024, I sent a letter to the school with various statements of fact and a request for a response from the school to confirm, deny, or otherwise provide a statement from the school regarding the eligibility of ▇▇▇▇▇ to play on the football team for the 2024 season. Coach Zimmerman denied a couple of the statements unrelated to eligibility; and Mr. Dougherty has responded back to me to state that my letter was treated as a FOIA request, and the FOIA request was denied. Although I did request a copy of a document within my letter (which apparently does not exist), I specifically asked the school to respond to the factual statements. Please note the error within my statement #2 which indicates ▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ I revise my statement to his attendance ▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ where he had attended since ▇▇▇▇▇▇▇ through approximately November of 2023.

    I will assume that the factual statements I have made are accurate, unless I receive a response from the school.

                                                                      Sincerely,

▇▇ enclosures
Cc:    File

**EXHIBIT 8**