Outlook

## Update

**From** [redacted]
**Date** Fri 9/27/2024 9:53 AM
**To** Chad Dougherty <cdough@hononegah.org>; awalters@hononegah.org <awalters@hononegah.org>; Kendra Asbury <kasbur@hononegah.org>

Good morning,

This email comes as an update to your investigation into bullying, retaliation, threats, and other Title IX issues pertaining to my son [redacted]

On 9/26/24 [redacted] the following events occurred:

1. In a conversation between [redacted] and a staff member, the staff member suggested that [redacted] make amends with [redacted] She indicated that [redacted] is a nice, reasonable kid and perhaps everyone can move forward.

2. Mr. Walters spoke with the football team and took full responsibility for the ineligibility issue and told the team that no players are to blame.

3. The [redacted] movement remains in full force in the football team group Snapchat, which is now disbanding to some extent due to pictures being taken of the conversations. I am informed that [redacted] and another team player head the [redacted] movement, and I expect to have documented evidence to provide to you in the next few days.

4. During practice, a team player stated that he wants to "lynch [redacted] mom."

On the issue of player eligibility, as of yesterday evening, I know that the required documents regarding the [redacted] residence have not been filed with the IHSA and he remains ineligible to play. I assume the school will acquiesce and adopt any information regarding residency provided by the [redacted] family to submit to the IHSA. However, the school has a duty to exercise due diligence in verification of residency of students, and I recommend that the following documents are obtained by the school to verify the same: copies of driver's licenses, picture of license plates, voter registration cards, vehicle registration, real estate records, location of bank accounts, charges on credit card statements, telephone records, change of address on bank accounts and credit cards, tax returns, mailing address and proof of forwarding of mail, and/or termination of mailing address in [redacted] It is my understanding that the IHSA forwarded a copy of the property tax records for the [redacted] to you to show that they maintain a residence in [redacted] and there are no records of property ownership in IL. Both parents have employment addresses in [redacted] A representative of the school should travel to the home to inspect whether it is vacant property. Finally, if the [redacted] is not paying real estate taxes in IL, they should be paying for high school tuition for their child to attend the school.

Sincerely,

[redacted]

**EXHIBIT 9**

███████████
██████████████
████████
████████
████████████████