October 2, 2024

   **Re:**   **Residency and Eligibility Inquiry** ███████████

Mr. Dougherty, Ms. Perry, and Mr. Walters:

   This letter comes as a formal request for an investigation into the residency of Hononegah High School student, ███████████ and his immediate family, and eligibility of ███████ to participate in school sports under the provisions of the Hononegah Athletic Handbook and IHSA by-laws.

   I have sent three (3) communications to the school regarding this matter dated September 18, 2024, September 26, 2024, and September 27, 2024. Copies of the communications are attached hereto and labeled "Exhibit 1." The school has treated my communications as FOIA requests, and denied release of any information regarding this student's residence and eligibility to participate in sports.

   Following submission of my September 18, 2024 letter to the school, the school found it necessary to self-report a "paperwork" mishap to the IHSA regarding the transfer and eligibility forms for ███████ to participate in the 2024 football season. The IHSA found that the proper paperwork had not been filed with their office. As a result, ███████ was unable to play in the ███████ game on ███████████ and the school suffered a forfeit of the game against ███████ although ███████ had played in three (3) contests, at that point. This matter quickly became the topic of conversation within the surrounding community and was broadcast on TV, radio, and in newspapers.

   On ███████████ the day of the football game against ███████, the school filed the "Affidavit of Residence" with the IHSA, as prepared by the ███████ and adopted by the school without investigation. Based upon receipt of the affidavit, IHSA determined that ███████ was eligible to play in the football game that evening. The IHSA does not engage in the investigation of residency of a student and the family, it relies upon the information presented by the school and family.

   As you are aware, the Affidavit of Residence serves as a supplemental form to the 2024-2025 IHSA Residence Eligibility Form, which is completed by the school and submitted to the IHSA. Copies of both documents are attached to this letter for reference and labeled "Exhibit 2." I direct your attention to page 2 of the Residence Eligibility Form wherein it states, **"Principles are held responsible for including correct and accurate information on the form and for the accurate completion of the form."** Within Exhibit 2, I have also attached a copy of the 2023-2024 Principals' Concurrence Regarding Transfer form which _must_ be completed, exchanged, and kept by the schools when a student transfers from one high school to another. The school refuses to produce this form and has not confirmed whether it exists, or has been completed, exchanged, and kept within the school office for the proper transfer of ███████

1

By the submission of the Residence Eligibility Form and Affidavit of Residence to IHSA, the school has affirmatively stated the following: 1) that ████████ resides full-time with both parents within the boundaries of the school district, 2) that ████████ residence within the district has not been established solely for the purpose of attending the schools therein, and 3) that ████████ AND both of his parents eat regular meals at the residence, sleep at the residence, spend weekends at the residence, and spend summers at the residence. The school did not conduct any investigation whatsoever into these statements and assertions before sending the information to the IHSA. Additionally, by its own admission on September 18, 2024, the school had not properly completed and/or filed these forms with the IHSA in relation to ████████ transfer and participation in sports.

To comply with the residency portion of Hononegah's 2024-2025 registration process, families must submit only 2 forms of proof of residency: property tax bill, lease, or utility bills. As noted on the school's website, "falsifying residency is a criminal offense (Class C misdemeanor) for both the resident who is falsifying the residency AND the family enrolling." See attached "Exhibit 3." Unlike the Rockford Public High Schools, Hononegah does not conduct any investigation into the residence of students and relies solely upon minimal information provided by the parents, guardian, or custodial parent.

<u>The 2024-2025 IHSA Handbook includes the following definitions:</u>

"Lives on a full-time basis – The location at which a student is ***permanently*** domiciled and actually resides on a full-time basis of at least five (5) calendar days per week." (page 12, emphasis added) . . .

Move – The actual physical relocation ***in joint residence*** by the parents of a student and the student from one district to another, ***with the intent to reside there indefinitely and terminate all occupancy of their previous residence***. (By-law 3.041) (page 12, emphasis added) . . .

Transfer Student – Any student who attended another high school prior to coming to your school whether or not he/she begins attending on the first day of the school term . . . ". (page 14).

<u>The 2024-2025 IHSA Handbook includes recitation of the following by-laws:</u>

3.030  Residence

3.040  Transfer

6.010  Penalty for Violating Rules

6.020  Forfeiture of Contest (penalty issued against Hononegah for violation of IHSA rules)

A copy of each aforementioned by-law is attached hereto and labeled "Exhibit 4."

2

The school is aware of the provisions of its own Athletic Handbook, including the Athletic Code of Conduct for the athletes. Since September 18, 2024, I have documented and provided you with information regarding ████████ participation in harassment activities and the coaches retaliatory actions against my son, ████████████, which are ongoing.

And finally, 105 ILCS 5/10-20.12(b) of the School Code governs residency, payment of tuition, and penalties. **Section (f) of this statute states that "A person who knowingly or willfully presents to any school district any false information regarding the residency of a pupil for the purpose of enabling that pupil to attend any school in that district without payment of a nonresident tuition charge shall be guilty of a Class C misdemeanor."**

In my prior letters, I provided you with information regarding the residency and eligibility issues pertaining to ████████████ to participate as a student athlete in the 2024 football season. Thus far, the school has refused to respond to my inquiries, with the exception of the FOIA denial.

The following paragraphs are statements of relevant facts regarding residency and eligibility for ████████ to play school sports:

1. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ as said residence since the year 2021.

2. Upon information and belief, ████████ individually, owns certain real estate property located ████████████████████████████ see attached 2023 property tax bill (due in 2024) from ████████████████████ labeled "Exhibit 6."

3. ████████████████ do not own any real estate property in Winnebago County, Illinois through a property tax records search on the Winnebago County Treasurer's Office website.

4. Upon information and belief, ████████ do not pay any real estate taxes in Winnebago County, Illinois.

5. Upon information and belief, ████████ do not pay tuition to Hononegah.

6. ████████████████████████████████████████████████████████████████████ See attached "Exhibit 7."

7. ███████████████████████████████████████████████████████
   ██ See attached "Exhibit 8."

8. ███████████████████████████████████████████████████████
   ███████████████████████████████████████████████████████
   ████████████████████████ See attached "Exhibit 9" █████████████████
   ███████████████████████████████████████████████████████
   ████████████████

9. ████████████high school until the end of the 2023 high school football
   season, ████████attended school at ███████████████

10. Upon information and belief, on or about November of 2023, a Hononegah football
    coach(es) illegally recruited ██████████through his father ████████to play in the
    ████████████████for the Hononegah football team for the 2024 season. As a result,
    on or about November of 2023,█████████rented or otherwise secured temporary
    housing within the Hononegah school district where he has periodically stayed with
    ████████on weekdays for the sole purpose of ██████playing sports at this school.

11. Hononegah refuses to confirm or deny whether *all* of the proper transfer paperwork for
    ████████has been completed, exchanged, kept within the office and/or filed with the
    IHSA; however, at a minimum, the Affidavit of Residence was not filed with the IHSA by
    the ████████until September 27, 2024.

12. Upon information and belief,████████remains and has remained at the ████████
    residence since ████████transfer in 2023, until this week following submission of the
    Affidavit of Residence to the IHSA (see #22 below).

13. During the 2024 summer football scrimmage at Beloit College, I was seated near████
    ████and overhead him discussing his reasons for the transfer of schools for████████
    which included discussions he had with a Hononegah coach(es) who was looking for a
    ████████████for the 2024 season, and the coach's desire to have ████████transfer to the
    school for that purpose.

14. On June 23, 2024, ████████sent a Snapchat message to my son,████████████in
    which ████████congratulated my son for the starting position ████████on the
    team. ████████stated ████ 'it was his time to shine," and that ████████deserved
    the position. Near that time,████████mentioned that he may have "cancer in his knee,"
    which was his alleged reason for his inability to play.

15. Shortly thereafter, I heard that ████████was present at an underage party where alcohol
    was present, and that pictures of ████████and other Hononegah football team members
    were circulated to Hononegah coaches and/or teammates by students at Belvidere

North.  I have to assume that ██████ sent the message (#13 above) to my son after being caught at the party the weekend prior.

16. On June 27, 2024, Coach Zimmerman had a discussion with the football team after practice regarding pictures he had received of certain team members at a party which involved alcohol.  The school and/or coaches did not investigate the matter, and no penalties or suspensions were issued by the school or coaches against any Hononegah football team members.

17. Near the conclusion of the 2024 Hononegah summer football camp, ██████ invited certain members of the football team, including ██████ to his home in ██████ or a post-practice cookout.

18. Shortly before the start of the 2024 football season, ██████ was chosen by the Hononegah coaches as the ██████████████ for the season, with no prior experience in that position.

19. ██████ has not attended some of the Saturday morning football team "roll-outs" because he is at his home ██████

20. ██████ vehicle, which is registered with the school for a parking lot pass, has ██████ license plates.

21. Following submission of my letter to the school on September 18, 2024, a copy of it was shown to ██████ by the coaches.  That weekend, on September 22, 2024, I received an email and text message from ██████ mother requesting production of the letter I sent to the school and IHSA.

22. As a result of my inquiry into these matters, I have documented and provided to the school all incidents of bullying, threats, intimidation, retaliation, and violations of Title IX against my son.  Some of the incidents reported were caused by ██████ however, no penalties or suspensions have been issued by the school or coaches against any Hononegah football team members.

23. On September 30, 2024, during football practice, certain football team members, including my son, overhead ██████ state that his mother will be staying with him and his father.  This alleged (temporary) stay follows submission of the Affidavit of Residence by the school to the IHSA.

Mr. Dougherty, the Athletic Director, and ██████ are taxed with the obligation of providing true and accurate statements and documents to the IHSA regarding proof of residency within the district and eligibility for school sports teams.  By law, the school is required to investigate residency for purposes of registration, enrollment, participation in

school sports, and payment of tuition. ████████must complete proper transfer documents for their ***permanent residence***, including the Principal's Concurrence Regarding Transfer (reasons for transfer) and Affidavit of Residence, which are submitted by the school to the IHSA. The school has not exercised any due diligence in verification of the █████ residence; nor has it conducted any investigation into████████conduct and eligibility to play school sports. The █████ have not been truthful or forthcoming with their statements, as evidenced by the information and documentation I have provided. Despite my requests for inquiry, the school has opted to accept, adopt, and file falsified information with the IHSA.

I submit this information to you as my <u>final</u> request for an investigation into the ████████ residence and████████eligibility to participate in Hononegah sports. In my email of September 27, 2024, I provided you with numerous means to obtain proof of residency, including but not limited to: copies of driver's licenses from the family, pictures of license plates, voter registration cards, vehicle registration, real estate property records (provided by me), location of bank accounts, charges on credit card statements, telephone records, location of bank accounts, changes of address on bank accounts and credit card statements, tax returns, mailing address and proof of forwarding mail, vacancy of homes and/or listings for sale of residence(s)████████ermination of all mailing addresses in████Thus far, the school administration and Principal have opted against any sort of meaningful investigation into these matters. ████████have no desire or intention to indefinitely and permanently reside within the Hononegah School District. They have not terminated all occupancy of their home in ████████They are temporarily staying here for████████to play high school sports.

As you are aware, there are serious risks, penalties, and liabilities to the school ████ family, football team, team players, and coaches, if permanent residency fo████████s not verified and he continues to play in school football contests. The risks include, but are not limited to: criminal liability to the family; violations and penalties issued by the IHSA against the school, coaches, and team which may include suspensions, forfeitures, and other serious sanctions; tort claims against the school, principal, and other administrators for knowing, intentional, negligent, and/or reckless disregard of IHSA by-laws, the School Code, and Hononegah Athletic Handbook. As I write this letter, Hononegah is on probation by the IHSA for the alleged "paperwork" mistake.

My son's entire senior year football season████████has been stolen from him by the school, coaches, and████████– the latter of whom chose to illegally falsify information for their own gain. It is my hope that by bringing these matters to light (and suffering from the backlash, retaliation, and repercussions for doing so) that future school athletes will have a fair chance of playing sports at Hononegah. The days of recruitment of athletes by coaches, cover-ups by the school administration, sham residences of families, and retaliation by the school and coaches against whistleblowers must end. By-laws, statutes, and rules exist for good reason; and in this case, those who do not follow the rules have the most to gain. The school, coaches, administration, and████should be ashamed of what they have done. It is appalling that my son is the innocent victim in this, and now the target of bullying, intimidation, threats, and retaliation by all involved.

<u>I ask that you respond back to me by noon on October 4, 2024</u> regarding the school's position on the issues of residency of the ██████ eligibility of ████████ to participate in high school sports, and whether the school will conduct further investigation into these matters.  If a response is not received, I will assume it is the school's position that the ██████ have properly established residency within the district ████████ s eligible to participate in school sports, and no further investigation will be had.

I am fully prepared to move forward with these matter in all ways possible.  I have given the school more than ample opportunity to rectify this situation.

I await your response.

Sincerely,

████████████

KV/enclosures
Cc:     Mr. Craig Anderson
       Ms. Kendra Asbury
       Mr. Michael Dugan
       Mr. David Kurlinkus