Index of Member Schools

*\* Last updated at 7:44 am on Tuesday, October 15, 2024*

Print this page

— Hall, see Spring Valley (Hall)
Hamilton
— Hamilton County, see McLeansboro (Hamilton County)
Hampshire
— Hancock, see Chicago (Hancock)
Hanover (River Ridge)
Hardin (Calhoun)
— Hardin County, see Elizabethtown (Hardin County)
— Harlan, see Chicago (Harlan)
— Harlem, see Machesney Park (Harlem)
Harrisburg
Harrisburg (New Hope Christian Academy)
Hartsburg (H.-Emden)
Harvard
— Harvest Christian Academy, see Elgin (Harvest Christian Academy)
Harvey (Thornton)
Havana
Hebron (Alden-H.)
Henry (H.-Senachwine)
— Heritage, see Broadlands (Heritage)
Herrick (Mid-America Preparatory)
Herrin (H.S.)
Herscher
— Hersey, see Arlington Heights (Hersey)
Heyworth
— Hiawatha, see Kirkland (Hiawatha)
— High School for the Arts, see Chicago (High School for the Arts)
Highland
Highland Park
— Hillcrest, see Country Club Hills (Hillcrest)
Hillsboro
Hillside (Proviso West)
Hinckley (H.-Big Rock)
Hinsdale (Central)
Hinsdale (H. Adventist Academy)
— Hinsdale South, see Darien (Hinsdale South)
— Hirsch, see Chicago (Hirsch)
Hoffman Estates (Conant)
Hoffman Estates (H.S.)
Hoffman Estates (Montessori Academy)
Hoffman Estates (Valeo Academy)
— Holy Trinity, see Chicago (Holy Trinity)
— Homewood-Flossmoor, see Flossmoor (Homewood-F.)
— Hononegah, see Rockton (Hononegah)
Hoopeston (H. Area)
Hopedale (Christian Life Academy)
— Horizon/Belmont, see Chicago (Horizon/Belmont)
— Horizon/McKinley, see Chicago (Horizon/McKinley)
— Horizon/Southwest Chicago, see Chicago (Horizon/Southwest Chicago)
— Hubbard, see Chicago (Hubbard)
Hume (Shiloh)
Huntley


EXHIBIT
21

Hutsonville
— Hyde Park, see Chicago (Hyde Park)

 Rockton (Hononegah)

*\* Last updated at 8:07 am on Tuesday, October 15, 2024*

 Print this page

**Hononegah High School**
307 Salem St. (Google map, other maps)
Rockton, IL 61072

Phone: 815-624-2070
Fax: 815-624-5026
School Web Site: www.hononegah.org

---

| Background Information |
|---|
| Season Summaries (Titles, Won-Lost Records, and Head Coaches) |

---

Enrollment: 1911
Conference(s): Northern Illinois (NIC-10)
Nickname(s): Indians (boys), Lady Indians (girls)
Colors: Purple/Gold
School Type: Public Coed
County: Winnebago
Cities in District: Rockton 5,350; Roscoe 4,900
Board Division: 4, Legislative District: 10

## Administration

**IHSA Official Representative**: Andrew Walters  awalte2@hononegah.org
**Superintendent**: Michael Dugan  mdugan@hononegah.org
**Principal**: Chad Dougherty  cdough@hononegah.org
**Principal's Assistant**: Kelly Rosik  krosik@hononegah.org
  phone 815-624-5005   fax 815-624-5025
**Boys Athletic Director**: Andrew Walters  awalte2@hononegah.org
**Boys Athletic Director's Assistant**: Jeanne Papini  jpapin@hononegah.org
**Asst. Boys Athletic Director**: *TBA*
**Girls Athletic Director**: Andrew Walters  awalte2@hononegah.org
**Girls Athletic Director's Assistant**: Jeanne Papini  jpapin@hononegah.org
**Asst. Girls Athletic Director**: *TBA*
**Activities Director**: Andrew Walters  awalte2@hononegah.org
**Activities Director's Assistant**: Jeanne Papini  jpapin@hononegah.org

## Boys Athletics — Head Coaches

**Boys Baseball Head Coach**: Matt Simpson  msimps@hononegah.org
**Boys Basketball Head Coach**: Tom Schmidt  tschmi@hononegah.org
**Boys Bowling Head Coach**: Brad Sommer
**Boys Cross Country Head Coach**: Mark McLarty  mmclar@hononegah.org
**Boys Diving Head Coach**: Gary Wright
**Boys Football Head Coach**: Brian Zimmerman  bzimme@hononegah.org
**Boys Golf Head Coach**: Ken Lewis  klewis@hononegah.org
**Boys Soccer Head Coach**: Nic Haab  nhaab@hononegah.org
**Boys Swimming Head Coach**: Darryl McCabe Jr  friexmau5@gmail.com
**Boys Tennis Head Coach**: John Torrence  johntor@comcast.net
**Boys Track & Field Head Coach**: Mark McLarty  mmclar@hononegah.org
**Boys Volleyball Head Coach**: Annie Curran  Andrea.curran@rps205.com
**Boys Wrestling Head Coach**: Tyler Demoss  tdemoss184@yahoo.com

## Girls Athletics — Head Coaches

**Girls Basketball Head Coach**: Jason Brunke  jbrunk@hononegah.org
**Girls Bowling Head Coach**: Jeremy Woody  jwoody300@yahoo.com
**Girls Cross Country Head Coach**: Jorge Pichardo  jpicha@hononegah.org
**Competitive Cheerleading Head Coach**: Dana Fincham  finchamd18@yahoo.com
**Competitive Dance Head Coach**: Amanda Delmastro  adelma@hononegah.org
**Girls Diving Head Coach**: Gary Wright
**Girls Flag Football Head Coach**: Jason Brunke  jbrunk@hononegah.org
**Girls Golf Head Coach**: Anthony Miers  amiers@hononegah.org
**Girls Softball Head Coach**: Dennis McKinney  dmckin@hononegah.org
**Girls Soccer Head Coach**: Brynn Jacobi  bjacob@hononegah.org
**Girls Swimming Head Coach**: Brian McGuire  bmcguire@boylan.org
**Girls Tennis Head Coach**: John Torrence  johntor@comcast.net
**Girls Track & Field Head Coach**: Ashley Kentner  akentn@hononegah.org
**Girls Volleyball Head Coach**: Kaylee Libby  klibby@hononegah.org
**Girls Wrestling Head Coach**: Tyler Demoss  tdemoss184@yahoo.com

## Athletic Medical Staff

**Certified Athletic Trainer**: Julianne Stewart  jstewart@rbchs.com

## Activities — Head Coaches, Advisers, and Directors

**Bass Fishing Coach**: Sharon Bowman  sbowma@hononegah.org
**Drama Director**: *TBA*
**Speech Coach**: *TBA*
**Band Director**: Jeremiah Kramper  jkramp@hononegah.org
**Vocal Director**: Carolyn Frieden  cfried@hononegah.org
**Marching Band Director**: Jeremiah Kramper  jkramp@hononegah.org
**Scholastic Bowl Coach**: Heather Hardwick  hhardw@hononegah.org

## Non-Competitive Activities — Head Coaches, Advisers, and Directors

**Sideline Cheer Coach**: Dana Fincham  finchamd18@yahoo.com
**Student Council Adviser**: MIchael Lawyer  mlawye@hononegah.org