# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: JOHN DOE v. HONONEGAH COMMUNITY HIGH ⊞

Case Number: 24-cv-50423

An appearance is hereby filed by the undersigned as attorney for:

JOHN DOE

Attorney name (type or print): Kelly A. Vecchio

Firm: Vecchio Law Offices

Street address: One Court Place, Suite 101

City/State/Zip: Rockford, IL 61101

Bar ID Number: 6276098
(See item 3 in instructions)

Telephone Number: 815-962-4019

Email Address: kelly@vecchiolawoffices.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✓ Yes | ☐ No |
| Are you a member of the court's general bar? | ✓ Yes | ☐ No |
| Are you a member of the court's trial bar? | ☐ Yes | ✓ No |
| Are you appearing *pro hac vice*? | ☐ Yes | ✓ No |
| If this case reaches trial, will you act as the trial attorney? | ☐ Yes | ✓ No |

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on October 18, 2024

Attorney signature: S/ Kelly A. Vecchio
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023