IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
|       Plaintiff. | ) ) ) |
| v. | ) Case No. 24-cv-50423 ) |
| HONONEGAH COMMUNITY HIGH SCHOOL DISTRICT #207, et. al., | ) The Honorable Iain D. Johnston ) Magistrate Judge Margaret J. Schneider ) |
|       Defendants. | ) |

**DEFENDANTS' MOTION FOR LEAVE TO FILE
MOTION AND EXHIBITS UNDER SEAL**

Defendants, Hononegah Community High School District #207, Chad Dougherty, Brian Zimmerman, Jeremy Warren, Andrew Walters, and Kendra Asbury, by their attorneys, Julie A. Bruch and Lance A. Neyland of IFMK Law, Ltd., for their motion for leave to file motion and exhibits under seal pursuant to Local Rule 5.1(c), state as follows:

    1. The Federal Rules of Civil Procedure permit the filing of documents under seal for "good cause." See Fed. R. Civ. P. 26(c)(1).

    2. The "property and privacy interests" of litigants can override the public's interest in what goes on at all stages of a judicial proceeding when the litigant's interests "predominate in the particular case." *Citizens First Nat. Bank of Princeton*, 178 F.3d 943, 945 (7th Cir. 1999).

    3. Defendants plan on filing a Motion to Disqualify Plaintiff's Counsel and Law Firm based on ABA Model Rule of Professional Conduct 3.7(a).

4. The motion and exhibits defendants currently request to file under seal while not specifically refer to John Doe by his actual name, the filing may potentially result in the disclosure of the identity of John Doe.

5. In view of plaintiff's privacy interests since this Court has not yet had an opportunity to rule on plaintiff's motion to proceed under a pseudonym, in an effort to avoid any impropriety, defendants request that leave be given to file the above-described motion and exhibits under seal.

WHEREFORE, Defendants, Hononegah Community High School District #207, Chad Dougherty, Brian Zimmerman, Jeremy Warren, Andrew Walters, and Kendra Asbury, respectfully request that this Court grant it leave to file their Motion to Disqualify Plaintiff's Counsel and Law Firm as well as exhibits under seal.

Respectfully submitted,

**HONONEGAH COMMUNITY HIGH SCHOOL DISTRICT #207, CHAD DOUGHERTY, BRIAN ZIMMERMAN, JEREMY WARREN, ANDREW WALTERS, KENDRA ASBURY**

By:  *s/Julie A. Bruch*
Julie A. Bruch, #6215813
IFMK Law, Ltd.
650 Dundee Road, Suite 475
Northbrook, Illinois 60062
Phone: 847/291-0200
Fax:   708/621-5538
Email: jbruch@ifmklaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| Plaintiff. | ) |
| | ) |
| v. | ) Case No. 24-cv-50423 |
| | ) |
| HONONEGAH COMMUNITY HIGH | ) The Honorable Iain D. Johnston |
| SCHOOL DISTRICT #207, et. al., | ) Magistrate Judge Margaret J. Schneider |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2024, I electronically filed Defendants' Motion to File Motion and Exhibits Under Seal with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following registered participant(s):

    Kelly A. Vecchio
    One Court Place, Suite 101
    Rockford, IL 61101
    kelly@vecchiolawoffices.com

    **HONONEGAH COMMUNITY HIGH SCHOOL DISTRICT #207, CHAD DOUGHERTY, BRIAN ZIMMERMAN, JEREMY WARREN, ANDREW WALTERS, KENDRA ASBURY**

    By:    *s/Julie A. Bruch*

Julie A. Bruch, #6215813
Lance A. Neyland #633171
IFMK Law, Ltd.
650 Dundee Road, Suite 475
Northbrook, Illinois 60062
Phone: 847/291-0200
Fax:    708/621-5538
Email: jbruch@ifmklaw.com