September 18, 2024

Dear Mr. Walters:

My name is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, has attended Hononegah High School for his high school education, and he is presently a ▮▮▮▮▮ ▮▮▮▮▮ s a member of the football team where he has played in the position of ▮▮▮▮▮▮ since his Freshman year.

This email comes to you as an inquiry regarding the transfer and eligibility of a Hononegah student, ▮▮▮▮▮▮▮▮ to play on the Hononegah football team. As you know, ▮▮▮▮▮▮ was chosen to play in the position as ▮▮▮▮▮▮▮▮▮▮▮▮ for the team during his Senior year, following his transfer to the district last year. His transfer and placement on the team has directly impacted ▮▮▮▮▮▮ placement on the team and playing time, or lack thereof. I want to ensure that Hononegah followed the IHSA rules and the provisions of the Hononegah Athletic Handbook regarding transfer and eligibility of all players on the team, as there are at least two other players who have recently transferred, as well.

The following facts are known to many of the football athletes and their families:

1. Brian and Nicole Kelly are married and reside in Lake Mills, Wisconsin ▮▮▮▮▮▮ ▮▮▮▮▮▮

2. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮

3. On or about the end of the 2023 football season, ▮▮▮▮▮▮▮▮▮▮ Brian Kelly, rented a residence within the Hononegah School district for the sole purpose of transferring ▮▮▮▮▮▮ to Hononegah High School to play football for the 2024 season.

4. During the 2024 summer scrimmage at Beloit College, I was seated near Brian Kelly and overheard him discussing his reasons for the transfer of schools for ▮▮▮▮▮▮ which included discussions he had with a Hononegah coach(es) who was looking for a ▮▮▮▮▮▮▮▮ for the 2024 season, and the coach's desire to have ▮▮▮▮▮▮ transfer to the school for that purpose.

5. On June 27, 2024, Coach Zimmerman had a discussion with the football team after practice regarding pictures he received of certain athletes at a party which involved alcohol. Upon information and belief, ▮▮▮▮▮▮▮▮ was present at this party. No sanctions were issued against ▮▮▮▮▮▮ or other athletes who were present at the party.

6. With no prior high school experience in the ▮▮▮▮▮▮ position, ▮▮▮▮▮▮ was chosen as the ▮▮▮▮▮▮▮▮▮▮ for the 2024 season by the Hononegah football coaches after his transfer to the school.

EXHIBIT 1

7. In the summer of 2024, ███████ invited certain members of the football team to his home ███████ for a post-practice cookout.

8. ███████ has not attended some of the Saturday football "roll-outs" because he is at his home ███████

By my review of the IHSA rules and school handbook, ███████ is ineligible to participate on the football team for any of the following reasons:

A. ████████████████████████████████████████████████████████████████████████████████████ A "custodial parent" must have a court order which establishes custody, pursuant to the IHSA rules.

B. He is ineligible to participate in a Varsity sport for a period of 365 days from the date of his transfer to the district.

C. He is ineligible to participate from 1/3 of the games due to his presence at a party where alcohol was present.

I ask that you provide me with a copy of the "2024-2025 IHSA Principal's Concurrence Regarding Transfer" form executed for the transfer of ███████ A redacted copy is acceptable to protect ███████ privacy. Further, I ask that you confirm or deny the factual statements contained within this letter; or otherwise provide me with a statement from the school which confirms ███████ eligibility to participate on the Hononegah Varsity Football team.

I would like to assume that Hononegah High School would not engage in any recruiting practices or questionable eligibility decisions which can lead to potential forfeit of games. Please provide me with information to the contrary.

I thank you for your time. Your prompt response is appreciated.

Sincerely,

███████