State of Illinois                                                                )

County of _____        )

### *2024-2025 Affidavit of Residence*

(I) (We), _____ having first been sworn upon (my) (our) oath depose and say as follows:

That (I am) (we are) the parent(s), foster parent(s), or court ordered legal guardian(s) of _____, age _____, and that (his) (her) residence is _____ (street address), City (Village) of _____, _____ County, Illinois, within the territorial boundaries of _____ School District, _____ County(ies), Illinois. That the said child's residence within the said school district has not been established solely for the purpose of attending the schools thereof. That the following facts are sworn to in order to permit the said school district to enroll the said child in the schools of said district as a resident.

**Length of time both the child <u>and</u> parents, custodial parent or legal guardian have resided at the above address:** _____

The said child eats (his) (her) meals regularly at said residence       Yes \_\_\_\_   No \_\_\_\_
The said child sleeps regularly at said residence                             Yes \_\_\_\_   No \_\_\_\_
The said child spends (his) (her) weekends regularly at said residence   Yes \_\_\_\_   No \_\_\_\_
The said child spends (his) (her) summers regularly at said residence    Yes \_\_\_\_   No \_\_\_\_
Child provides _____% of (his) (her) support.

FURTHER YOUR AFFIANT SAYETH NOT.

_____
Signature

_____
Signature

_____
Address

Subscribed and sworn to before me

this _____ day of _____, _____.

_____
Notary Public

24-25ResAffidavit

Exhibit 3