Outlook

**Re:** ███████ pending school investigation

**From** Chad Dougherty <cdough@hononegah.org>
**Date** Mon 9/30/2024 1:55 PM
**To** ███████
**Cc** awalters@hononegah.org <awalters@hononegah.org>; Brian Zimmerman <bzimme@hononegah.org>

███████,

Thank you for letting us know that ███████ is returning to football. The coaches have been informed, there has been a team discussion of appropriate behavior, and the coaches are in locker rooms at all times. Athletic Director Walters has been and will continue to make more frequent walk-throughs of football practices.

Thank you again, and have a good afternoon,

Chad Dougherty
Principal
Hononegah Community High School
cdough@hononegah.org
Phone-(815)-624-5008
*Scholarship. Citizenship. Leadership.*
**HONONEGAH** - Where you belong.


On Mon, Sep 30, 2024 at 12:08 PM ███████ wrote:
> Good afternoon,
>
> My son, ███████ will be back in attendance at football practice, starting today. It is my hope that the school and coaches have taken the appropriate measures to ensure his safety on the team.
>
> I also ask that Coach Zimmerman's wife is instructed to refrain from taking pictures of me and my family in public. I was at a dinner with my family on Friday night, and she was taking pictures of us. This behavior is not only immature, but intrusive and harassing under the current circumstances.
>
> Sincerely,
>
> ███████
>
> Get Outlook for iOS

EXHIBIT 11

CONFIDENTIALITY NOTICE

This electronic mail transmission, including any attachments, contains information that is confidential, privileged and may constitute non-public information. This message is intended to be conveyed only to the designated recipient(s). If you are not the intended recipient of this message, do not read it. Please immediately notify the sender that you have received this message in error and delete this message.The unauthorized use, disclosure, dissemination, distribution or reproduction of this message or the information contained in this message or the taking of any action in reliance on it is strictly prohibited and may be unlawful.