## Outlook

**Re: Bullying,** ▉

**From** Chad Dougherty <cdough@hononegah.org>
**Date** Thu 10/31/2024 1:01 PM
**To** ▉
**Cc** awalters@hononegah.org <awalters@hononegah.org>; Kendra Asbury <kasbur@hononegah.org>

📎 1 attachment (62 KB)
Policy-7180.pdf;

▉

This is a follow-up to your 10/21/24 report of comments made to ▉ after school on 10/18/24. After receiving your complaint without details about the time or location and your limitation on our ability to speak with ▉ outside of your presence, we initiated a film analysis to determine the time and location of the incident. Once identified, a thorough bullying investigation followed. The administration interviewed five student witnesses. The interviews revealed that an inappropriate comment was made by the other student toward ▉ which you reported as, "Yo, f**k your brother, n****r." Upon finding that a comment along these lines was made, appropriate disciplinary measures were taken with the student, consistent with our Student Code of Conduct. The investigation revealed no evidence of previous or ongoing behaviors from the individual directed toward ▉ ▉ While it is a violation of the conduct code, this comment alone does not meet the "...severe or pervasive physical or verbal act or conduct..." standard defined in Policy 7:180 (see attached). Having not been permitted to speak with ▉ I can not speak to the impact this comment had on them directly. However, ▉ have perfect attendance this school year, and ▉ current grades align with their typical performance from previous semesters. Please let me know if there is additional information about this incident from ▉ that you have not shared with us. As I previously shared with you, supportive measures are in place, including the team being addressed, making Student Support Services personnel available to meet with students in need, as well as the use of Student Agreement Forms to restrict communication between individuals identified as having made specific comments to ▉ I'd be happy to discuss any of these options with you or your students, or ▉ can also access those services independently through the Student Support Services office. We will continue to monitor this situation closely and respond to reports accordingly.

Best regards,

Chad Dougherty
Principal
Hononegah Community High School
cdough@hononegah.org

Exhibit 16