

**HONONEGAH COMMUNITY HIGH SCHOOL**

HCHS District #207 • 307 Salem Street • Rockton, IL 61072 • (815) 624-5010
Superintendent Michael Dugan • mdugan@hononegah.org

November 11, 2024

███████

This is a follow-up to your October 7, 2024 report of comments made to ███████ by Coach Zimmerman during halftime of the football game against East on October 4, 2024. After receiving your complaint in the October 7, 2024 letter stating that Coach Zimmerman addressed ███████ in a manner that was harassing or retaliatory in nature, we initiated an investigation, including questioning Coach Zimmerman, Coach Jenkins, Coach Smith, Coach Chiodini, and Coach LaMay.

Observing ███████ behavior throughout the evening, Coach Zimmerman addressed ███████ as he would've any other player who was choosing not to engage with the team. Coach Zimmerman admitted that he addressed ███████ outside of the breakdown when ███████ didn't join in, and said to ███████ "You have a choice if you want to be here. You're part of the team, or you're not." Through review of the game footage and witness observations, ███████ was not actively engaged during the game, often not facing the plays on the field, pacing back and forth on the track instead of watching the game from the sidelines, and separating himself from other players and coaches.

The investigation revealed no evidence of a harassing nature or retaliatory actions by the coaching staff directed toward ███████ during football game that took place on October 4, 2024. Coaches have the authority and the responsibility to address players who are disengaged from the team and their teammates.

As has been previously shared with you, supportive measures were put into place as soon as you communicated your concerns about others' behavior towards ███████ Mr. Walters addressed the team to prevent harassment and retaliation, and he attended practices to supervise and prevent any harassment or retaliatory behavior. The coaches supervised the locker room to prevent harassment or retaliation by teammates, and the Student Support Services personnel have been available to meet with ███████ if needed.

Sincerely,

*Dr. Kendra Asbury*

Dr. Kendra Asbury

Director of Human Resources/Title IX Coordinator

Exhibit 17



SCHOLARSHIP. CITIZENSHIP. LEADERSHIP.      HONONEGAH.ORG