IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>Vs.<br><br>HONONEGAH COMMUNITY HIGH<br>SCHOOL DISTRICT #207, et al.,<br><br>    Defendants. | Case No.   24-cv-50423<br><br>**JURY TRIAL DEMANDED**<br><br>The Honorable Iain D. Johnston<br>Magistrate Judge Margaret J. Schneider |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE RESPONSE AND EXHIBITS UNDER SEAL

    Plaintiff, JOHN DOE, by and through his attorneys, VECCHIO LAW OFFICES, KELLY A. VECCHIO, files his motion for leave to file response and exhibits under seal pursuant to Local Rule 5.1(c), and in support thereof, state as follows:

    1. The Federal Rules of Civil Procedure permit the filing of documents under seal for "good cause." See Fed. R. Civ. P. 26(c)(1).

    2. The "property and privacy interests" of litigants can override the public's interest in what goes on at all stages of a judicial proceeding when the litigant's interests "predominate in the particular case." *Citizens First Nat. Bank of Princeton*, 178 F.3d 943, 945 (7th Cir. 1999).

    3. Plaintiff requests leave of Court to file his Response to Defendants' Motion to Disqualify Plaintiff's Counsel and her Law Firm, with exhibits, under seal.

    4. The response and exhibits to be filed by Plaintiff under seal, if permitted, refer to John Doe by his actual name and would disclose the identity of John Doe to the public.

1

5. The Court has not yet had an opportunity to rule on Plaintiff's motion to proceed under a pseudonym. Until that time, and in the interests of preservation of Plaintiff's identity, Plaintiff requests that he is allowed to file his response and exhibits under seal.

WHEREFORE, Plaintiff, JOHN DOE, requests that this Court allow Plaintiff to file his Response to Plaintiff's Motion to Disqualify Plaintiff's Counsel and her Law Firm under Seal, and for such other and further relief as is just and proper.

Respectfully submitted,

JOHN DOE, Plaintiff,

By: _____
KELLY A. VECCHIO,
Attorney for Plaintiff.

Prepared by:
KELLY A. VECCHIO, #6276098
Vecchio Law Offices
One Court Place, Suite 101
Rockford, IL 61101
(815) 962-4019
kelly@vecchiolawoffices.com