**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Western Division**

John Doe

                                    Plaintiff,

v.                                           Case No.: 3:24−cv−50423
                                                   Honorable Iain D.
                                                   Johnston

Hononegah Community High School District
#207, et al.

                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, December 13, 2024:

      MINUTE entry before the Honorable Margaret J. Schneider: Plaintiff's Motion for Leave to File Response and Exhibits Under Seal [28], is granted. Mailed notice. (jxk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.