# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)
### Western Division

John Doe

                                        Plaintiff,

v.                                                              Case No.: 3:24−cv−50423

                                                                             Honorable Iain D. Johnston

Hononegah Community High School District #207, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 17, 2024:

       MINUTE entry before the Honorable Margaret J. Schneider: Over Plaintiff's objection, Defendants' Motion for Enlargement of Time to File Responsive Pleadings [34], granted. Defendants have until 01/20/25 to answer or otherwise respond to Plaintiff's first amended complaint. Mailed notice. (jxk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.