Case Number: 24-cv-50423
Judge: Margaret J. Schneider

John Doe,
Plaintiff,

v.

Hononegah Community High School District #207, a body politic, Chad Dougherty, in his official and individual capacity, Brian Zimmerman, in his official and individual capacity, Jeremy Warren, in his official and individual capacity, Andrew Walters, in his official and individual capacity, and Kendra Asbury, in her official and individual capacity, Brian Kelly, in his individual capacity, and Nicole Kelly in her individual capacity, Defendants.

TO:
Attorney Julie A. Bruch
IFMK Law, Ltd.
650 Dundee Rd., Suite 475
Northbrook, IL 60062
jbruch@jfmklaw.com

Kelly A. Vecchio, #6276098
One Court Place, Suite 101
Rockford, IL 61101
Telephone: 815-962-4019
kelly@vecchiolawoffices.com

FILED

JAN 17 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Brian Kelly
12015 Bend River Rd.
Roscoe, IL 61073
815-742-3799

Nicole Kelly
12015 Bend River Rd.
Roscoe, IL 61073
815-742-3992

January 17, 2025

WESTERN DIVISION
Stanley J. Roszkowski United States Courthouse
327 South Church Street
Rockford, IL 61101

Subject: Motion for Extension of Time to Obtain Counsel

Case Number: 24-cv-50423

Dear Clerk of the Court,

I am writing to respectfully request a 90-day extension of time to obtain legal counsel in the above-referenced case. I understand the importance of timely representation and have been diligently working to secure an attorney. I believe that a 90-day extension will provide me with sufficient time to finalize arrangements with an attorney and ensure adequate representation in this matter. I am committed to resolving this case efficiently and respectfully.

Thank you for your time and consideration.

Sincerely,

Brian Kelly
1-17-25

Nicole Kelly 1/17/25