IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Case No. 24-cv-50423 |
| | ) |
| HONONEGAH COMMUNITY HIGH | ) The Honorable Iain D. Johnston |
| SCHOOL DISTRICT #207, et. al., | ) Magistrate Judge Margaret J. Schneider |
| | ) |
|     Defendants. | ) |

**DEFENDANTS' MOTION FOR LEAVE TO FILE BRIEF WITH EXCESS PAGES**

    Defendants Hononegah Community High School District #207, Hononegah Community School District #207 Board of Education, Chad Dougherty, Brian Zimmerman, Jeremy Warren, Andrew Walters, and Kendra Asbury (collectively referred to as the "school district defendants"), by their attorneys, Julie A. Bruch and Lance A. Neyland of IFMK Law, Ltd, for their motion for leave to file a Motion to Dismiss and Memorandum in Support that is 38 pages in length, state as follows:

    1.  Plaintiff's amended complaint alleges claims for First Amendment retaliation, willful and wanton release of private information, breach of contract or implied contract, willful and wanton concealment, willful and wanton failure to protect, intentional infliction of emotional distress, residency fraud, fraudulent concealment, violations of Illinois School Code, civil conspiracy, and aiding and abetting (Doc. 22).

2. Local Rule 7.1 sets a fifteen (15) page limit for briefs in support of or in opposition to a motion, and requires a party to request leave of court to file a brief in excess of the limit.

3. The school district defendants have attempted to be as succinct as possible in setting forth the arguments in their Motion to Dismiss and Supporting Memorandum, but are unable to fully set forth their arguments in less than 38 pages, due to the number of defendants, claims, and defenses to each claim, as well as the need to address additional information contained in plaintiff's amended complaint.

4. The school district defendants request leave to file their motion which is 38 pages in length so that they can fully and adequately inform the Court as to the legal basis for the dismissal of all claims. A copy of the motion is attached hereto as Exhibit A. In accordance with Local Rule 7.1, the school district defendants have also included a table of contents and a table of authorities in their motion.

WHEREFORE, the school district defendants respectfully request that this Honorable Court grant them leave to file their Motion to Dismiss and Supporting Memorandum that is 38 pages in length.

                        Respectfully submitted,

                        **HONONEGAH COMMUNITY HIGH SCHOOL DISTRICT #207, HONONEGAH COMMUNITY HIGH SCHOOL DISTRICT #207 BOARD OF EDUCATION, CHAD DOUGHERTY, BRIAN ZIMMERMAN, JEREMY WARREN, ANDREW WALTERS, KENDRA ASBURY**

By: *s/Julie A. Bruch*
Julie A. Bruch, #6215813
IFMK Law, Ltd.
650 Dundee Road, Suite 475
Northbrook, Illinois 60062
Phone: 847/291-0200
Fax: 708/621-5538
Email: jbruch@ifmklaw.com

3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| Plaintiff. | ) |
| | ) |
| v. | ) Case No. 24-cv-50423 |
| | ) |
| HONONEGAH COMMUNITY HIGH | ) The Honorable Iain D. Johnston |
| SCHOOL DISTRICT #207, et. al., | ) Magistrate Judge Margaret J. Schneider |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2025, I electronically filed *Defendants' Motion for Leave to File Brief with Excess Pages* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following registered participant(s):

Kelly A. Vecchio
One Court Place, Suite 101
Rockford, IL 61101
kelly@vecchiolawoffices.com

and via USPS to:

Brian Kelly and Nicole Kelly
12015 Bend River Road
Roscoe, IL 61073

                                    **HONONEGAH COMMUNITY HIGH SCHOOL DISTRICT #207, HONONEGAH COMMUNITY SCHOOL DISTRICT #207 BOARD OF EDUCATION, CHAD DOUGHERTY, BRIAN ZIMMERMAN, JEREMY WARREN, ANDREW WALTERS, KENDRA ASBURY**

                                    By:   *s/Julie A. Bruch*
                                             Julie A. Bruch, #6215813

Lance A. Neyland #633171
IFMK Law, Ltd.
650 Dundee Road, Suite 475
Northbrook, Illinois 60062
Phone: 847/291-0200
Fax:    708/621-5538
Email: jbruch@ifmklaw.com