# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Western Division

John Doe

                                                                Plaintiff,

v.                                                                  Case No.: 3:24−cv−50423
                                                                  Honorable Iain D. Johnston

Hononegah Community High School District #207, et al.

                                                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 17, 2025:

      MINUTE entry before the Honorable Margaret J. Schneider:Defendants Brian Kelly and Nicole Kelly's motion for extension of time [44] is granted in part. Defendants Brian Kelly and Nicole Kelly have until 03/03/25 for counsel to enter an appearance on their behalf. Time for Defendants Brian Kelly and Nicole Kelly to answer or otherwise respond to Plaintiff's amended complaint is stayed pending appearance of counsel. If no counsel enters appearance by 03/03/25, the Court may direct Defendants to proceed with this litigation pro se. Mailed notice. (jxk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.