# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)
### Western Division

John Doe

                                                                  Plaintiff,

v.                                                                     Case No.: 3:24−cv−50423
                                                                                                Honorable Iain D. Johnston

Hononegah Community High School District #207, et al.

                                                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 17, 2025:

      MINUTE entry before the Honorable Margaret J. Schneider:School district Defendants' Motion for Leave to File Brief with Excess Pages [45] is granted. School district Defendants are directed to file their motion and memorandum in separate docket entries.Mailed notice. (jxk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.