IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| JOHN DOE,<br>　　Plaintiff,<br><br>Vs.<br><br>HONONEGAH COMMUNITY HIGH<br>SCHOOL DISTRICT #207, et. al.,<br><br>　　Defendants. | Case No.　24-cv-50423<br><br>The Honorable Iain D. Johnston<br>Magistrate Judge Margaret J. Schneider |

## PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO FILE A RESPONSE TO DEFENDANTS' MOTION TO DISMISS

NOW COMES the Plaintiff, JOHN DOE, by and through his attorneys, VECCHIO LAW OFFICES, KELLY A. VECCHIO, and moves pursuant to Federal Rule of Civil Procedure 6(b) for an enlargement of time to file his Response to Defendants' Motion to Dismiss, and in support thereof, hereby asserts as follows, that:

1. On October 18, 2024, Plaintiff filed his original Complaint against Defendants.
2. On November 21, 2024, Plaintiff filed his First Amended Complaint against Defendants, and added additional defendants and counts to the Complaint.
3. Defendants were granted an enlargement of time to file responsive pleadings (ie. Defendants' pending Motion to Dismiss) on or before January 20, 2025.
4. Defendants, Brian and Nicole Kelly, were granted an enlargement of time to obtain counsel on or before March 3, 2025.
5. Defendants' Motion to Dismiss is 39 pages in length with 11 claims, 46 cases, and 9 statutes cited therein.

6. Since January 9, 2025, Plaintiff's counsel has been held to numerous trials within the Circuit Courts of Winnebago County, Illinois which have consumed much of her time in the past month.

7. Counsel of record for Defendants (excluding the Kellys) has no objection to Plaintiff's request for an enlargement of time to file his Response to their Motion to Dismiss on or before March 14, 2025.

WHEREFORE, Plaintiff requests that this Court grant him until March 14, 2025 to file a Response to Defendants' Motion to Dismiss in this case and for such other and further relief as is just and proper.

Respectfully submitted,

JOHN DOE, Plaintiff.

By: _____
KELLY A. VECCHIO,
Attorney for Plaintiff.

Prepared by:
KELLY A. VECCHIO, #6276098
Vecchio Law Offices
One Court Place, Suite 101
Rockford, IL 61101
(815) 962-4019
kelly@vecchiolawoffices.com