# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)
### Western Division

John Doe

                Plaintiff,

v.                                             Case No.: 3:24−cv−50423

                                                    Honorable Iain D. Johnston

Hononegah Community High School District #207, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 11, 2025:

      MINUTE entry before the Honorable Margaret J. Schneider: Plaintiff's Motion for Enlargement of Time to File a Response to Defendants' Motion to Dismiss [50] is granted. Plaintiff has until 03/14/25 to respond to Defendants' motion to dismiss. Mailed notice. (jxk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.