# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

JOHN DOE,                                        )
                                                 )
    Plaintiff,                                   )
                                                 )
                                                 )
Vs.                                              )    Case No.    24-cv-50423
                                                 )
                                                 )    **JURY TRIAL DEMANDED**
HONONEGAH COMMUNITY HIGH                         )
SCHOOL DISTRICT #207, et al.,                    )    The Honorable Iain D. Johnston
                                                 )    Magistrate Judge Margaret J. Schneider
    Defendants.                                  )

## PLAINTIFF'S COMBINED MOTION FOR LEAVE TO FILE RESPONSE BRIEF

## UNDER SEAL AND WITH EXCESS PAGES

Plaintiff, JOHN DOE, by and through his attorneys, VECCHIO LAW OFFICES,

KELLY A. VECCHIO, files his motion for leave to file Response and Opposition to

Plaintiff's Motion to Dismiss First Amended Complaint and exhibits under seal pursuant

to Local Rule 5.1(c) and with excess pages, and in support thereof, state as follows:

### UNDER SEAL

1.  The Federal Rules of Civil Procedure permit the filing of documents under seal

for "good cause." See Fed. R. Civ. P. 26(c)(1).

2.  The "property and privacy interests" of litigants can override the public's interest

in what goes on at all stages of a judicial proceeding when the litigant's interests

"predominate in the particular case." *Citizens First Nat. Bank of Princeton*, 178 F.3d 943,

945 (7th Cir. 1999).

3. Plaintiff requests leave of Court to file his Response brief, with one exhibit, under seal, as there is identifiable information of JOHN DOE in his Response brief to Defendants' Motion which would disclose his identity to the public.

4. The Court has not yet had an opportunity to rule on Plaintiff's motion to proceed under a pseudonym. Until that time, and in the interests of preservation of Plaintiff's identity, Plaintiff requests that he is allowed to file his response and exhibit under seal.

5. Counsel for the school district Defendants and counsel for Defendants Kellys both object to the document being filed under seal.

## EXCESS PAGES

6. The school district Defendants' Motion to Dismiss Plaintiff's First Amended Complaint and Supporting Memorandum is thirty-nine (39) pages in length. Doc. 48.

7. Local Rule 7.1 sets a fifteen (15) page limit for briefs in support of or in opposition to a motion, and requires a party to request leave of court to file a brief in excess of the limit.

8. The school district Defendants' Motion to Dismiss and Memorandum contains 11 separate Counts with multiple subparagraphs in a 39-page document.

9. Plaintiff has attempted to succinctly respond to Defendant's Motion; however, Plaintiff is unable to do so without exceeding the 15-page limit of the Local Rule.

10. Plaintiff requests leave to file his Response Brief consisting of 38 pages, in addition to a 1-page exhibit, and 6 pages for a Table of Contents and Tables of Authorities, in compliance with Local Rule 7.1 so that he can fully and adequately respond to Defendant's Motion.

11. Counsel for the school district Defendants does not object to the request to file excess pages. Counsel for the Defendants Kellys did not respond to this request.

12. If the Court grants the Motion to file the Response under seal, it will be so filed and incorporated into this Motion.

WHEREFORE, Plaintiff, JOHN DOE, prays this Court enter an Order for the following relief, that:

A. Plaintiff is allowed to file his Response brief is excess of the 15-page limit of the Local Rule;

B. Plaintiff is granted leave of Court to file his Response brief under seal;

C. The Court grants Plaintiff such other and further relief as is just and proper.

Respectfully submitted,

JOHN DOE, Plaintiff.

By:_____
KELLY A. VECCHIO,
Attorney for Plaintiff.

Prepared by:
KELLY A. VECCHIO, #6276098
Vecchio Law Offices
One Court Place, Suite 101
Rockford, IL 61101
(815) 962-4019
kelly@vecchiolawoffices.com