IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| Plaintiff. | ) |
| | ) |
| v. | ) Case No. 24-cv-50423 |
| | ) |
| HONONEGAH COMMUNITY HIGH | ) The Honorable Iain D. Johnston |
| SCHOOL DISTRICT #207, et. al., | ) Magistrate Judge Margaret J. Schneider |
| | ) |
| Defendants. | ) |

**SCHOOL DISTRICT DEFENDANTS' AGREED MOTION
FOR ENLARGEMENT OF TIME TO FILE A REPLY BRIEF**

Defendants, Hononegah Community High School District #207, Hononegah Community School District #207 Board of Education, Chad Dougherty, Brian Zimmerman, Jeremy Warren, Andrew Walters, and Kendra Asbury ("School District Defendants"), by their attorney, Julie A. Bruch, move pursuant to Federal Rule of Civil Procedure 6(b) for an enlargement of time to file a reply to Plaintiff's response to the School District Defendants' motion to dismiss, and in support thereof state as follows:

1. School District Defendants' filed their motion to dismiss Plaintiff's first amended complaint on January 17, 2025.

2. Plaintiff's response was due on February 20, 2025, and Plaintiff was granted an extension to March 14, 2025.

3. Plaintiff filed his response to the School District Defendants' motion to dismiss on March 14, 2025.

4. School District Defendants' reply to Plaintiff's response is due on March 28, 2025.

5. Plaintiff's response to School District Defendants' motion to dismiss is 38 pages long with 1 exhibit attached.

6. School District Defendants seek additional time to April 4, 2025 to file their reply and address Plaintiff's response.

7. This motion is made in good faith, and not intended to cause unnecessary delay.

8. Counsel of record for the Plaintiff and the Kelly Defendants have no objection to the requested extension.

WHEREFORE, Defendants request that this court grant them until April 4, 2025 to file a reply brief in this case and for such other relief as this court deems necessary.

Respectfully submitted,

**HONONEGAH COMMUNITY HIGH SCHOOL DISTRICT #207, HONONEGAH COMMUNITY SCHOOL DISTRICT #207 BOARD OF EDUCATION, CHAD DOUGHERTY, BRIAN ZIMMERMAN, JEREMY WARREN, ANDREW WALTERS, KENDRA ASBURY**

By: *s/Julie A. Bruch*
Julie A. Bruch, #6215813
IFMK Law, Ltd.
650 Dundee Road, Suite 475
Northbrook, Illinois 60062
Phone: 847/291-0200
Fax: 708/621-5538
Email: jbruch@ifmklaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| Plaintiff. | ) |
| | ) |
| v. | ) Case No. 24-cv-50423 |
| | ) |
| HONONEGAH COMMUNITY HIGH | ) The Honorable Iain D. Johnston |
| SCHOOL DISTRICT #207, et. al., | ) Magistrate Judge Margaret J. Schneider |
| | ) |
| Defendants. | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2025, I electronically filed *School District Defendants' Agreed Motion for Enlargement of Time to File a Reply Brief* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following registered participant(s):

| | |
|---|---|
| Kelly A. Vecchio | Steve C. Silvey |
| Vecchio Law Offices | Patterson Law Firm, LLC |
| One Court Place, Suite 101 | 200 W. Monroe St., Ste. 2025 |
| Rockford, IL 61101 | Chicago, IL 60606 |
| kelly@vecchiolawoffices.com | ssilvey@pattersonlawfirm.com |

HONONEGAH COMMUNITY HIGH SCHOOL DISTRICT #207, HONONEGAH COMMUNITY SCHOOL DISTRICT #207 BOARD OF EDUCATION, CHAD DOUGHERTY, BRIAN ZIMMERMAN, JEREMY WARREN, ANDREW WALTERS, KENDRA ASBURY

By: *s/Julie A. Bruch*

Julie A. Bruch, #6215813
IFMK Law, Ltd.
650 Dundee Road, Suite 475
Northbrook, Illinois 60062
Phone: 847/291-0200
Fax: 708/621-5538
Email: jbruch@ifmklaw.com