# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Western Division

| | |
|---|---|
| John Doe | |
| | Plaintiff, |
| v. | Case No.: 3:24−cv−50423 |
| | Honorable Iain D. Johnston |
| Hononegah Community High School District #207, et al. | |
| | Defendant. |

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 31, 2025:

    MINUTE entry before the Honorable Margaret J. Schneider: School District Defendants' Agreed Motion for Enlargement of Time to File a Reply Brief [65] is granted. School District Defendants have until 04/04/25 to file their reply. Mailed notice. (jxk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.