Hononegah Highlights · October 2024

# SPORTS

## Mid-Season Football Update

Natalie Fry

Nearing the end of the 2024 season, Hononegah has dominated the competition in the NIC-10. Despite the devastating knock to our record after the Harlem game was forfeited on technicality, the varsity Indians are ranked second in the conference standings with a 6-1 record. The only opponent left in Hononegah's path to first place once again is the Belvidere North Blue Thunder, who we will face on October 18.

This season, Hononegah hasn't let more than two touchdowns get past them in a given game. The first two matchups werefacing the Jefferso J-Hawks and the Aubur Knights. Hononegah won bot games with 48 points, onl allowing their opponents on TD each. Following the forfei to the Huskies, Hononegal played two blowout games witl 35-0 wins over Guildford anc Freeport.

When it comes to our individua players, Hononegah is leading the conference rankings ir several stat categories. Senioi ███████ has been crucia to each victory under team's bel so far. ███ has an impressive 91 total points and is averaging 104.3 yards per game. Other top performers include seniors

Exhibit 31