IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| THOMAS CASTELLI,<br>Plaintiff,<br><br>Vs.<br><br>HONONEGAH COMMUNITY HIGH<br>SCHOOL DISTRICT #207, et. al.,<br><br>Defendants. | Case No. 24-cv-50423<br><br>The Honorable Iain D. Johnston<br>Magistrate Judge Margaret J. Schneider |

## PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO SUBMIT SETTLEMENT COMMUNICATION

NOW COMES the Plaintiff, THOMAS CASTELLI, by and through his attorneys, VECCHIO LAW OFFICES, KELLY A. VECCHIO, and moves pursuant to Federal Rule of Civil Procedure 6(b) for an enlargement of time to submit his initial settlement communication, and in support thereof, hereby asserts as follows, that:

1. On May 16, 2025, an Order was entered which requires Plaintiff to submit his initial settlement communication to the Court and attorneys on or before June 4, 2025.

2. Plaintiff needs a short extension of time to complete and submit the letter.

3. Counsel of record for Defendants has no objection to Plaintiff's request for an enlargement of time to submit his settlement communication by Friday, June 6, 2025.

WHEREFORE, Plaintiff requests that this Court grant him until June 6, 2025 to submit his initial settlement communication in this case and for such other and further

relief as is just and proper.

                                   Respectfully submitted,

                                   THOMAS CASTELLI, Plaintiff.

                                   By: _____
                                   KELLY A. VECCHIO,
                                   Attorney for Plaintiff.

Prepared by:
KELLY A. VECCHIO, #6276098
Vecchio Law Offices
One Court Place, Suite 101
Rockford, IL 61101
(815) 962-4019
kelly@vecchiolawoffices.com