IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| THOMAS CASTELLI,<br>　　Plaintiff,<br><br><br><br>HONONEGAH COMMUNITY HIGH<br>SCHOOL DISTRICT #207,<br>a body politic, CHAD DOUGHERTY,<br>in his official and individual capacity,<br>BRIAN ZIMMERMAN, in his official and<br>individual capacity, JEREMY WARREN,<br>in his official and individual capacity,<br><br>ANDREW WALTERS, in his official and<br>individual capacity, and KENDRA ASBURY,<br>in her official and individual capacity,<br>BRIAN KELLY, in his individual capacity, and<br>NICOLE KELLY, in her individual capacity,<br>　　Defendants. | Case Number: 24-cv-50423<br><br><br><br><br><br>The Honorable Iain D. Johnston<br>Magistrate Judge Margaret J.<br>Schneider |

## **VOLUNTARY DISMISSAL OF PLAINTIFF'S COMPLAINT**

NOW COMES the Plaintiff, THOMAS CASTELLI, by and through his attorneys, VECCHIO LAW OFFICES, KELLY A. VECCHIO, and pursuant to Fed. R. Civ. P. 41(1)(A)(i) dismisses his Complaint filed against the Defendants herein, and in support thereof, asserts as follows, that:

1. On October 18, 2024, Plaintiff filed his Complaint against the Defendants herein.

2. Said Complaint has been amended on two (2) occasions, November 21, 2024 and April 4, 2025.

3. At this stage of the proceedings, Defendants have not filed an answer or a motion for summary judgment.

4. Pursuant to Fed. R. Civ. P. 41(1)(A)(i), Plaintiff may dismiss his Complaint without a court order.

5. Plaintiff hereby dismisses his Complaint filed against Defendants in this matter, without prejudice.

                                  THOMAS CASTELLI, Plaintiff.

                                  By: /s/ Kelly Vecchio
                                  KELLY A. VECCHIO,
                                  Attorney for Plaintiff.

Prepared by:
KELLY A. VECCHIO, #6276098
Vecchio Law Offices
One Court Place, Suite 101
Rockford, IL 61101
(815) 962-4019
kelly@vecchiolawoffices.com