# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Western Division

Thomas Castelli

                                              Plaintiff,

v.                                                                    Case No.: 3:24−cv−50423
                                                                   Honorable Iain D. Johnston

Hononegah Community High School District #207, et al.

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 15, 2025:

      MINUTE entry before the Honorable Iain D. Johnston: In light of the plaintiff's notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i), this case is dismissed without prejudice. The defendants' motion to dismiss [48] and [66] are stricken as moot. Civil case terminated. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.