# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Western Division

Thomas Castelli

                Plaintiff,

v.                                                      Case No.: 3:24−cv−50423

                                                                 Honorable Iain D. Johnston

Hononegah Community High School District #207, et al.

                                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 3, 2025:

      MINUTE entry before the Honorable Iain D. Johnston: The Plaintiff through his counsel has initiated litigation and continued with that litigation by alleging violations of federal law, among other things. That's serious business. Even if the Plaintiff were only alleging violations of Illinois law, that's not a game either. The Plaintiff and his attorney should have understood that from jump. And if the Court's recent orders haven't made that clear, hopefully, this order will. The motion [102] is denied. Additionally, the Court is troubled by the motion's assertion that "[t]here are limited flights from Florida to Rockford or Chicago for Plaintiff to appear." A quick search on Expedia shows that there are over 20 flights from the Ft. Myers' area to O'Hare on October 22, 2025 (with varying times throughout the day) and just as many return flights on October 24, 2025 (again with varying times throughout the day). Having said all this, there's nothing preventing the parties from settling the case on their own before October 23, 2025. If that happens, then there's no need for the mediation at all. Perhaps that's a solution to the apparent inconvenience of being required to attend in person a court−ordered mediation. Again, this is serous business. The fact that the Court has enlisted Magistrate Judge P. Michael Mahoney (ret.) to mediate this matter should have been a wake−up call if the previous orders weren't enough. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.