# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)
### Western Division

Thomas Castelli

                                                                           Plaintiff,

v.                                                                                               Case No.: 3:24−cv−50423
                                                                                              Honorable Iain D. Johnston

Hononegah Community High School District #207, et al.

                                                                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 24, 2025:

      MINUTE entry before the Honorable Iain D. Johnston: Status hearing held on 10/23/2025 with 25−cv−50326. Mediation held with Judge Mahoney and the parties report the case has settled. Litigation has ended. This case is dismissed with prejudice. Any and all pending motions are now terminated. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.